UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

JAMAL RASHAD CRAWFORD                                 PLAINTIFF

v.                                        CIVIL ACTION NO. 3:09-CV-P913-H

MARK BOLTON                                    DEFENDANT

### MEMORANDUM OPINION

Plaintiff initiated this civil action under 42 U.S.C. § 1983. Upon filing the instant action, he assumed the responsibility of keeping this Court advised of his current address and to actively litigate his claims. *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

The Clerk of Court sent an order to Plaintiff on December 29, 2009. That order was returned by the United States Postal Service marked "Return to Sender; Inmate not in custody." Plaintiff has not advised the Court of a change of address, and neither notices from this Court nor filings by Defendant in this action can be served on Plaintiff. In such situations, courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R. Co.*, 370 U.S. 626, 630 (1962). Because it appears to this Court that Plaintiff has abandoned any interest in prosecution of this case, the Court will dismiss the case by separate order.

Date:

cc:     Plaintiff, *pro se*
4412.009