**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**JAMAL RASHAD CRAWFORD**                                    **PLAINTIFF**

**v.**                                    **CIVIL ACTION NO. 3:09-CV-P913-H**

**MARK BOLTON**                                    **DEFENDANT**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date,

**IT IS HEREBY ORDERED** that the instant action is **DISMISSED without prejudice**.

There being no just reason for delay in its entry, this is a final order.

The Court further **certifies** that an appeal of this action would not be taken in good faith.

*See* 28 U.S.C. § 1915(a)(3).

Date:

cc:      Plaintiff, *pro se*

4412.009